■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE STEINHILBER, Appellant. [64 NYS3d 918]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 18, 2015 (*People v Steinhilber*, 133 AD3d 798 [2015]), affirming a judgment of the County Court, Orange County, rendered February 19, 2014.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Cohen, Duffy and Connolly, JJ., concur.